MIE (Rev 11/17) Plaintiff's Notice Waiving Service by U.S. Marshal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Antaqunic Wise

        Plaintiff(s),

v.

CREDIT COLLECTION SERVICES, INC

        Defendant(s).

Case No. 2:24-cv-11906

Honorable

Magistrate Judge

## PLAINTIFF'S NOTICE WAIVING SERVICE BY U.S. MARSHAL

If my application to proceed without paying fees or costs is granted, I waive service by the U.S. Marshal and take responsibility for service of my complaint.

Date: July 19, 2024

Signature of Applicant: *Antaqunic Wise*

Antaqunic Wise
Printed Name

13883 Eastburn St.
Address

Detroit, MI 48205
City, State, Zip Code

(313) 415-0063
Telephone Number