UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Antaqunic Wise,<br><br>        Plaintiff,<br>v.<br><br>Credit Collection Services LLC,<br><br>        Defendant. | Case No.: 2:24-cv-11906-BRM-APP<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Antaqunic Wise and Defendant Credit Control Services, Inc., d/b/a Credit Collection Services ("CCS"), improperly named as Credit Collection Services LLC, by and through undersigned, hereby stipulate that this action and all claims and defenses asserted therein are dismissed with prejudice and without costs. There are no remaining defendants in this matter.

    RESPECTFULLY SUBMITTED this 3rd day of January 2025.

| | |
|---|---|
| /s/ Antaqunic Wise<br>Antaqunic Wise<br>13883 Eastburn St.<br>Detroit, Michigan 48205<br>antaqunic.wise@gmail.com<br>*Plaintiff pro se* | /s/ *Matthew B. Johnson*<br>Matthew B. Johnson<br>MESSER STRICKLER BURNETTE, LTD.<br>49 West Jericho Turnpike, Suite 1004<br>Huntington, NY 11746<br>T: (646) 718 4403<br>mjohnson@messerstrickler.com<br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

    I hereby certify that on December 20, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter, and emailed a copy to Plaintiff pro se as follows:

    Antaqunic Wise
    13883 Eastburn St.
    Detroit, MI 48205

antaqunic.wise@gmail.com

/s/ Antaqunic Wise

2